

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

---

Joan K. Garner
Direct Dial: (215) 861-215-861-8306
Facsimile: (215) 861-215-861-8349
E-mail Address: joan.garner@usdoj.gov

615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476
(215) 861-8200

May 3, 2006

VIA FAX # 336-332-6095

Honorable William L. Osteen
Judge, United States District Court
for the Middle District of North Carolina

    RE:    Darrow v. Ashcroft, No. 5:04-CV-215-O (EDNC)

Dear Judge Osteen:

    This letter will confirm that the parties have reached a settlement in the above-captioned action and that the case may be removed from the trial calendar. I have provided a draft copy of this letter to counsel for plaintiff, John B. Meuser, Esquire who has confirmed by e-mail that this letter may be communicated to the Court.

                                Respectfully,

                                Joan K. Garner
                                Special Attorney
                                U.S. Department of Justice

cc: John B. Meuser, Esq.
    Law Offices of John Meuser, P.A.
    800 St. Mary's Street, Suite 203
    Raleigh, N.C. 27605